# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MELVIN J. RICHARDSON,
    Plaintiff,

  v.                                                    Case No. 13-CV-0330

DAVID BETH and
KENOSHA VISITING NURSES ASSOCIATION,
    Defendants,

## DECISION AND ORDER

On December 27, 2013, I granted plaintiff's motion for leave to proceed in forma pauperis and directed plaintiff to file an amended complaint by January 17, 2014. I cautioned plaintiff that failure to file an amended complaint by that date may result in the dismissal of this action. Nevertheless, plaintiff has not filed an amended complaint.

**THEREFORE, IT IS ORDERED** that I will dismiss this action with prejudice for lack of prosecution, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy attached) and Federal Rule of Civil Procedure 41(b), unless plaintiff files his amended complaint by **Friday, February 21, 2014**, or establishes just cause for his failure to do so.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2014.

                                                s/ Lynn Adelman

                                                LYNN ADELMAN
                                                District Judge

## Civil Local Rule 41(c)
## Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party may petition for reinstatement of the action within 21 days.