# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MELVIN J. RICHARDSON,**
    Plaintiff,

    v.                          Case No. 13-CV-0330

**DAVID BETH and**
**KENOSHA VISITING NURSES ASSOCIATION,**
    Defendants,

## DECISION AND ORDER

In an Order entered January 31, 2014, I advised plaintiff that I would dismiss this case with prejudice for failure to prosecute if he did not file an amended complaint by Friday, February 21, 2014. No amended complaint has been filed.

**THEREFORE, IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** for lack of prosecution.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2014.

                                            s/ Lynn Adelman

                                            LYNN ADELMAN
                                            District Judge